*MILLAUDON vs. SMITH.*

APPEAL from the court of the third district.

The copy of a plan certified to have been taken from the original, by a surveyor not in possession of the original, is not legal evidence.

The court will remand a case for new evidence when they think the justice of the case requires it.

MARTIN, J. delivered the opinion of the court. The question in this case is whether the plaintiff's house and lot are entitled to a right of view or prospect over the space of ground between the premises and the river Mississippi. The evidence of this right, the plaintiff contends, is on a plan of the town of New Valencia, on the Mississippi, near the mouth of Bayou Sarah. The plaintiff had given notice to the defendant, to produce the original plan, which was alleged to be in the hands of the latter. The original not being produced, the plaintiff introduced a copy, certified by the surveyor to be taken from the original plan. The judge *a quo* admitted it in evidence, although the defendant's counsel objected that the surveyor was not the keeper of the original; that the authenticity of the plan copied from did not appear. For these reasons we think the copy offered, affords no legal evidence and as it it probable that justice cannot be done in this court without legal evidence in this respect, we are of opinion the case should be remanded.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, and the case remanded for a new trial; and it is ordered that the plaintiff pay costs in this case.

*Grymes* for the plaintiff, *Watts* for the defendant.